# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

### Newport News Division

In re:   MICHAEL P. SOWATSKEY                                                      Chapter 13
         MICHELE F. SOWATSKEY                                             Case No.: 14-51290-SCS

Debtors
         SSN:  XXX-XX-2457, SSN: XXX-XX-9708

## MOTION AND NOTICE TO ALLOW CLAIMS

**This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest.   It contains important information, and should be reviewed by you.   Your rights may be affected.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** According to the records of Michael P. Cotter, Standing Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate.   Each of the claims will be allowed as recited below unless on or before twenty-one (21) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.   Upon expiration of the twenty-one (21) day period, an Order will be presented to the Court granting the Motion.   You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours.   You may also obtain a copy of the Order from the Chapter 13 Trustee.   The name, address, and other pertinent information regarding the claims follows.

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|---|---|---|---|---|---|---|
| 1 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Sep 26, 2014 | 256.23 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 2 | FIFTH THIRD BANK<br>PO BOX 637640<br>CINCINNATI, OH 45263-7640 | Sep 30, 2014 | .00 | | 0.00<br>"No Interest" | OUTSIDE |
| 3 | STERLING JEWELERS INC dba<br>KAY JEWELERS<br>BUCKLEY KING LPA<br>600 SUPERIOR AVENUE EAST, STE 1400<br>CLEVELAND, OH 44114 | Oct 02, 2014 | 466.11 | Pro Rata | 24.99 | Secured (INT) |
| 4 | TD BANK USA, NA<br>C/O WEINSTEIN, PINSON & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Oct 17, 2014 | 670.92 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 5 | KIA MOTOR FINANCE COMPANY<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 92728 | Oct 24, 2014 | 17,553.57 | Pro Rata | 4.25 | Secured VEHICLE ( |
| 6 | ARMY & AIR FORCE EXCHANGE<br>SERVICES<br>C/O BASS & ASSOCIATES, P.C<br>3936 E FT. LOWELL ROAD<br>SUITE 200<br>TUCSON, AZ 85712 | Oct 29, 2014 | 2,852.12 | Pro Rata | 0.00<br>"No Interest" | Unsecured |

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|---|---|---|---|---|---|---|
| 7 | QUANTUM3 GROUP LLC<br>FOR COMENITY  BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Nov 12, 2014 | 460.60 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 8 | QUANTUM3 GROUP LLC<br>FOR COMENITY  BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Nov 12, 2014 | 114.85 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 9 | QUANTUM3 GROUP LLC<br>FOR COMENITY  BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Nov 14, 2014 | 1,102.74 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 10 | USAA FEDERAL SAVINGS BANK LLC<br>C/O WEINSTEIN, PINSON & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Dec 26, 2014 | 20,625.28 | Pro Rata | 4.25 | Secured VEHICLE ( |
| 11 | WELLS FARGO FINANCIAL<br>PO BOX 660431<br>DALLAS, TX 75266-0431 | Nov 28, 2014 | 6,172.51 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541 | Dec 18, 2014 | 2,876.27 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 13 | CERASTES LLC<br>C/O WEINSTEIN, PINSON & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Dec 26, 2014 | 741.00 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 14 | CERASTES LLC<br>C/O WEINSTEIN, PINSON & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Dec 26, 2014 | 6,653.62 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 15 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT<br>SYSTEMS COR<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 | Dec 28, 2014 | 124.05 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 16 | CITIBANK, NA<br>PAYMENT CENTER<br>4740 121ST ST<br>URBANDALE, IA 50323 | Jan 06, 2015 | 3,221.18 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541 | Jan 09, 2015 | 583.60 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| 18 | LVNV FUNDING LLC ASSIGNEE OF FNBM<br>LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Jan 12, 2015 | 1,407.80 | Pro Rata | 0.00<br>"No Interest" | Unsecured |
|  | Bank of America<br>P O Box 15019<br>Wilmington, DE 19886 |  | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |

| Clm# | Creditor Name/Address | Date Filed | Claim Amt | % Allowed | % Interest | Type |
|------|----------------------|-----------|-----------|-----------|-----------|------|
| | CARDMEMBER SERVICES<br>PO BOX 15153<br>WILMINGTON, DE 19886-5153 | | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| | CARDMEMBER SERVICES<br>PO BOX 15153<br>WILMINGTON, DE 19886-5153 | | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |
| | MICHELE F. SOWATSKEY<br>217 UPLAND DRIVE<br>HAMPTON, VA 23666 | | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | NOTICE ONLY |
| | VIRGINIA EMPLOYMENT COMMISSION<br>PO BOX 316<br>RICHMOND, VA 23202 | | .00<br>"Claim Not Filed" | Pro Rata | 0.00<br>"No Interest" | Unsecured |

Total Claims Filed:  17

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:  Monday, July 6, 2015

/s/ **Michael P. Cotter**
_____
Michael P. Cotter
Chapter 13 Standing Trustee

14-51290-SCS

## Certificate of Service

I hereby certify that on July 06, 2015, I have transmitted a true copy of the foregoing Notice and Motion to Allow Claims with the clerk using the CM/ECF system, which will then send electronic notification of such filing to SHANNA C. HARRIS, ESQUIRE, counsel for the Debtors, and that a true copy was mailed, first-class mail, postage prepaid to the Debtors, MICHAEL P. SOWATSKEY and MICHELE F. SOWATSKEY, 217 UPLAND DRIVE, HAMPTON, VA, 23666, and to all creditors listed in the Motion.

/s/ **Michael P. Cotter**
_____
Michael P. Cotter
Chapter 13 Standing Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

In re:    MICHAEL P. SOWATSKEY                                               Chapter 13

             MICHELE F. SOWATSKEY                                          Case No.: 14-51290-SCS

Debtors

             SSN:  XXX-XX-2457, SSN: XXX-XX-9708

## ORDER APPROVING CLAIMS

Upon the Motion to Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the Debtors and to the Debtors' attorney of record, and that the Debtors be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed an approval by the Debtors of the claims as recited in the Motion.  Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed.  Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court.  Any claim not filed as of the date of the entry of this Order shall not be allowed, except upon further order of the Court.  Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other effected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

The Clerk shall send a copy of this Order to Michael P. Cotter, Chapter 13 Trustee, 870 Greenbrier Circle, Suite 402 Chesapeake, 23320, the attorney for the Debtors and the Debtors.

Dated: _____

_____
                          Judge

_____
                Entry of Judgement or Order

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000